| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Early Learning Language Academics, LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Whole Kids Academy** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3070831** | |
| 4. | Debtor's address | **Principal place of business**  **10200 Old Georgetown Road**  **Bethesda, MD 20814**  Number, Street, City, State & ZIP Code  **Montgomery**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Early Learning Language Academics, LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Early Learning Language Academics, LLC**     Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | Check all that apply:<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | Check one:<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>■ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor **Early Learning Language Academics, LLC**   Case number (*if known*) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  2, 2019**
                MM / DD / YYYY

X **/s/ John T Esler, III**                                        **John T Esler, III**
   Signature of authorized representative of debtor         Printed name

Title   **Owner**

**18. Signature of attorney**

X **/s/ Richard L. Gilman, Esq.**                       Date **August  2, 2019**
   Signature of attorney for debtor                                MM / DD / YYYY

**Richard L. Gilman, Esq. 10231**
Printed name

**Gilman & Edwards, LLC**
Firm name

**8401 Corporate Drive, Suite 450**
**Landover, MD 20785**
Number, Street, City, State & ZIP Code

Contact phone **(301)731-3303**      Email address **rgilman@gilmanedwards.com**

**10231 MD**
Bar number and State

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Fill in this information to identify the case:

Debtor name: **Early Learning Language Academics, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Cintya Castro** 8045 Newell Street Silver Spring, MD 20910 | | | | | | $120,000.00 |
| **Comptroller of Maryland Compliance Division** 80 Calvert Street PO Box 746 Annapolis, MD 21404-0746 | | Payroll | | | | $37,000.00 |
| **Conn Maciel Carey** 5335 Wisconsin Avenue, N.W. Suite 600 Washington, DC 20015 | | | | | | $35,000.00 |
| **Direct Capital** 155 Commerce Way Portsmouth, NH 03801 | | | | | | $7,250.00 |
| **Financial Pacific Leasing** 3455 S 344th Way Suite 300 Auburn, WA 98001 | | Loan | | | | $23,528.00 |
| **IRS Centralized Insolvency Operations** PO Box 7346 Philadelphia, PA 19101 | | Payroll Taxes & Fees | | | | $104,000.00 |

Debtor **Early Learning Language Academics, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IRS Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | | Payroll Taxes & Fees | | | | $59,368.02 |
| IRS Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | | Payroll Taxes & Fees | | | | $52,000.00 |
| M&T Bank One M&T Plaza 17th Floor Buffalo, NY 14203 | | | | | | $95,000.00 |
| M&T Bank PO Box 900 Millsboro, DE 19966 | | Line of Credit | | | | $14,407.91 |
| M&T Bank PO Box 900 Millsboro, DE 19966 | | Credit card purchases | | | | $11,217.51 |
| Marstudio 1 Choice Hotels Cir R100 Rockville, MD 20850 | | | | | | $20,562.50 |
| Montgomery County 101 Monroe Street, 2nd Floor Rockville, MD 20850 | | Property Taxes | | | | $2,856.00 |

# United States Bankruptcy Court
## District of Maryland

In re  **Early Learning Language Academics, LLC**                          Case No.
                                      Debtor(s)                            Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 2, 2019**                          Signature  **/s/ John T Esler, III**
                                                             **John T Esler, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re  **Early Learning Language Academics, LLC**          Case No.
                                    Debtor(s)              Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 2, 2019**                **/s/ John T Esler, III**
                                         **John T Esler, III/Owner**
                                         Signer/Title

6006 Executive Building I LLC
4401 East-West Highway, Suite 500
Bethesda, MD 20814


Cintya Castro
8045 Newell Street
Silver Spring, MD 20910


Comptroller of Maryland
Compliance Division
80 Calvert Street
PO Box 746
Annapolis, MD 21404-0746


Conn Maciel Carey
5335 Wisconsin Avenue, N.W. Suite 600
Washington, DC 20015


Crystal Esler
10020 Pebble Beach Terrace
Ijamsville, MD 21754


Direct Capital
155 Commerce Way
Portsmouth, NH 03801


Financial Pacific Leasing
3455 S 344th Way Suite 300
Auburn, WA 98001


IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101


John "Duke" Esler
10020 Pebble Beach Terrace
Ijamsville, MD 21754

```
M&T Bank
One M&T Plaza 17th Floor
Buffalo, NY 14203


M&T Bank
PO Box 900
Millsboro, DE 19966


Marstudio
1 Choice Hotels Cir R100
Rockville, MD 20850


Montgomery County
101 Monroe Street, 2nd Floor
Rockville, MD 20850


Philip B Zipin
Zipin, amster & Greenberg, LLC
8757 Georgia Ave Ste 400
Silver Spring, MD 20910
```

# United States Bankruptcy Court
## District of Maryland

In re   **Early Learning Language Academics, LLC**                          Case No.
                                    Debtor(s)                                Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Early Learning Language Academics, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August  2, 2019** | **/s/ Richard L. Gilman, Esq.** |
| Date | **Richard L. Gilman, Esq. 10231** |
| | Signature of Attorney or Litigant |
| | Counsel for **Early Learning Language Academics, LLC** |
| | **Gilman & Edwards, LLC** |
| | **8401 Corporate Drive, Suite 450** |
| | **Landover, MD 20785** |
| | **(301)731-3303 Fax:(301)731-3072** |
| | **rgilman@gilmanedwards.com** |

## United States Bankruptcy Court
### District of Maryland

In re **Early Learning Language Academics, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John T Esler, III**, declare under penalty of perjury that I am the **Owner** of **Early Learning Language Academics, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **26th** day of **July**, 20**19**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John T Esler, III**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John T Esler, III**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John T Esler, III**, **Owner** of this Corporation is authorized and directed to employ **Richard L. Gilman, Esq. 10231**, attorney and the law firm of **Gilman & Edwards, LLC** to represent the corporation in such bankruptcy case."

Date **July 26, 2019**

Signed **/s/ John T Esler, III**  
**John T Esler, III**

Resolution of Board of Directors
of
**Early Learning Language Academics, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **John T Esler, III**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John T Esler, III**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John T Esler, III**, **Owner** of this Corporation is authorized and directed to employ **Richard L. Gilman, Esq. 10231**, attorney and the law firm of **Gilman & Edwards, LLC** to represent the corporation in such bankruptcy case.

Date    **July 26, 2019**                Signed    **/s/ John T Esler, III**

Date                                      Signed